**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **T.A.L.E.N.T. Leadership LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Red Hot and Blue BBQ**  **DBA  Which Wich**  **DBA  Nestle Toll House Cafe**  **DBA  Catfish Cove** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3394825** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **2225 Chapel Cross Ln**  **Wylie, TX 75098**  Number, Street, City, State & ZIP Code  **Collin**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **T.A.L.E.N.T. Leadership LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **T.A.L.E.N.T. Leadership LLC**          Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **T.A.L.E.N.T. Leadership LLC** _____ Case number (*if known*)_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **T.A.L.E.N.T. Leadership LLC**                                      Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 11, 2023**
MM / DD / YYYY

X **/s/ Etienne Clement**                                      **Etienne Clement**
Signature of authorized representative of debtor                Printed name

Title  **Sole Member**

**18. Signature of attorney**

X **/s/ April Maxwell**                                      Date  **April 11, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**April Maxwell**
Printed name

**Maxwell Law Group**
Firm name

**1910 S Stapley Dr Suite # 221**
**Mesa, AZ 85204**
Number, Street, City, State & ZIP Code

Contact phone  **480-561-5050**        Email address  **april@maxwelllawgroup.law**

**033016 AZ**
Bar number and State

Revised 12/1/2009                                                                                                              LBR Appendix 1007-b-6

# United States Bankruptcy Court
### Eastern District of Texas

In re   **T.A.L.E.N.T. Leadership LLC**                                         Case No.
Debtor(s)                                                                      Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 11, 2023**                    **/s/ Etienne Clement**
                                              **Etienne Clement**/**Sole Member**
                                              Signer/Title

ATC Investors, LP
2501 N Harwood Street, Suite 1800
Dallas, TX 75201

Atmos energy
1800 Three Lincoln center
5430 LBJ Freeway
Dallas, TX 75240

Attorney for Crest Nestle
2785 Rockbrook Dr. Suite 201
Lewisville, TX 75067

Brookfield Properties
350 N Orleans St, Suite 300
Chicago, IL 60605-4000

Cozzini Brothers
350 Howard Ave
Des Plaines, IL 60018

Crest Foods Inc
1718 White Pine Trail
Anna, TX 75409

Crowe & Dunlevy, PC
2525 McKinnon Street, Suite 425
Dallas, TX 75201

Ecolab
1 Ecolab Place
Saint Paul, MN 55102

Engie Power
1360 Post Oak Blvd, Ste 400
Houston, TX 77056

Granite Internet
100 Newport Ave
Quincy, MA 02171

JAH Realty, LP
Attn: Jay Henry
1717 Main Street, Suite 2600
Dallas, TX 75201

Jahco
Lease RHB Plano
1717 Main St. Ste 2600
Dallas, TX 75201

JAHCO Preston Parkway, LLC
c/o JAH Realty, LP
Attention: Jeff Norman
PO Box 14586
Oklahoma City, OK 73113

Kohan Retail Investment
1010 Northern Blvd Ste. 212
Great Neck, NY 11021

Kyle Herd (K&N Baking)
1718 White Pine Trail
Anna, TX 75409

Locke Lord
2200 Ross Ave, Suite 2800
Dallas, TX 75201

McCuthin Group
PO Box 802043
Dallas, TX 75380

Nestle Toll House
350 N. Orleans St. Ste 300
Chicago, IL 60654

Nestle Toll House (Crest)
101 W. Renner Rd.
Richardson, TX 75082

Open Table
PO box 1048
Salem, NH 03079

Performance Food Group
5225 Investment Dr.
Dallas, TX 75236

Peter Lehrfeld (lehgrp)
391 Las Colinas Blvd. E Ste 130623
Irving, TX 75039

Rapid Finance RHB's and Serafina's
4500 East West Highway (6th floor)
Bethesda, MD 20814

Red Hot And Blue
123 South White Street, Suite 203
Wake Forest, NC 27587

Red Hot And Blue
154 Charlois Blvd Ste B
Winston Salem, NC 27103

Sima Foods
10730 Spangler Rd
Dallas, TX 75220

Sysco Business Services
1390 Enclave Parkway
Houston, TX 77077

Thuy Kieu
3839 N. Beltline Rd.
Sunnyvale, TX 75182

TJ Schier
4100 Remington Park Ct.
Flower Mound, TX 75028

Toast Capital Serafina
401 Park Dr. Ste 801
Boston, MA 02215

Vikas Bansal
11858 Forest Hill Blvd.
Wellington, FL 33414

Vivant Corporation
810 Office Park Circle Ste 140
Lewisville, TX 75057

WhichWich (Sinelli Concepts)
1412 Main St. Ste 2000
Dallas, TX 75202

Whitestone Reit
8240 Preston Rd. Ste 275
Plano, TX 75024

# United States Bankruptcy Court
### Eastern District of Texas

In re  **T.A.L.E.N.T. Leadership LLC**  
Debtor(s)

Case No.  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **T.A.L.E.N.T. Leadership LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 11, 2023** | **/s/ April Maxwell** |
| Date | **April Maxwell** |
| | Signature of Attorney or Litigant |
| | Counsel for   **T.A.L.E.N.T. Leadership LLC** |
| | **Maxwell Law Group** |
| | **1910 S Stapley Dr Suite # 221** |
| | **Mesa, AZ 85204** |
| | **480-561-5050 Fax:480-561-5050** |
| | **april@maxwelllawgroup.law** |